UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　　Defendants. | No. 2:13-cv-0110 TLN CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed April 24, 2013, plaintiff was ordered to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has expired, and plaintiff has not responded to the court's order and has not filed the required trust account statement or paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1  objections shall be served and filed within fourteen days after service of the objections. The
2  parties are advised that failure to file objections within the specified time may waive the right to
3  appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated: June 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
simp.0110.fifp